UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Edward A. Brewer and Christine L. Brewer          **Case/AP Number** 12-15105 **-FJB**
**Chapter** 7

#12 Motion filed by Creditor Holt Park Place Condominium Trust for Relief from Stay Re: 110 South Street Unit 23 Whitman Massachusetts

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed.  Movant is hereby granted relief from the automatic stay to enforce its statutory lien and, with respect to postpetition common expenses, to prosecute its claims against the Debtors but not enforce that claim against assets of the bankruptcy estate.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 08/03/2012
Frank J. Bailey
United States Bankruptcy Judge