**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Edward A. Brewer and Christine L. Brewer          **Case/AP Number** 12-15105 **-FJB**
                                                             **Chapter** 7

   #12 Motion filed by Creditor Holt Park Place Condominium Trust for Relief from Stay Re:
   110 South Street Unit 23 Whitman Massachusetts

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice      _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed.  Movant is hereby granted relief from the automatic stay to enforce its
statutory lien and, with respect to postpetition common expenses, to prosecute its claims
against the Debtors but not enforce that claim against assets of the bankruptcy estate.

                              IT IS SO ORDERED:

                              /s/ Frank J. Bailey
                              _____Dated: 08/03/2012
                              Frank J. Bailey
                              United States Bankruptcy Judge